IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cardenas, | |
| Plaintiff(s), | Case No. 12 c 292 |
| v. | Judge Virginia M. Kendall |
| Grozdic et al, | |
| Defendant(s). | |

## ORDER

Bench trial stricken. Bench trial ends. Case has settled. This case is hereby dismissed without prejudice and to become with prejudice on 12/31/2014. Parties to work out the details of settlement on or before 11/19/2014.

Date: November 12, 2014

_____
Virginia M. Kendall
United States District Judge